■    In the Matter of HENRI FREUDMANN, Deceased. MARCEL T. FREUD-MANN; FELIX R. FREUDMANN.— Motion for an enlargement of time granted insofar as to extend the appellant's time to serve and file the record on appeal and appellant's points to and including February 6, 1962, with notice of argument for the March 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■    FREDERICK S. WEAVER V. METROPOLITAN LIFE INSURANCE COMPANY et al.— Motion for an enlargement of time granted insofar as to extend the time for plaintiff-appellant to serve and file the record on appeal and appellant's points to and including February 6, 1962, with notice of argument for the March 1962 Term of this court, said appeal to be argued or submitted when reached. If the appellant fails to comply with the condition imposed, the respondents may enter an order dismissing the appeal without notice to the appellant. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■    FRANCESCO REALTY CORP. V. OSCAR WEINER.— Motion for a stay granted on condition that the appellants procure the record on appeal and appellants' points to be served and filed on or before February 6, 1962, with notice of argument for the March 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■    ABRAHAM STEINBRECHER V. HAROLD WAPNICK.— Motion for a stay granted to the extent of staying proceedings for a body execution and otherwise denied, on condition, however, that any money collected on the judgment shall be held by the attorney for the plaintiff in escrow pending further order of the court; and on the further condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before February 6, 1962, with notice of argument for the March 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■    In the Matter of JOHN J. SULGER V. MUNICIPAL CIVIL SERVICE COM-MISSION OF THE CITY OF NEW YORK.— Motion granted insofar as to dismiss appeal, with $10 costs. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■    THERESA D. GREENE V. UNITED MUTUAL LIFE INSURANCE COMPANY.— Motion for a stay granted on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before January 25, 1962, with notice of argument for February 6, 1962, said appeal to be argued or submitted when reached. Motion to dismiss appeal denied, with $10 costs. The order is appealable (*Falkenstein* v. *Heyman*, 12 A D 2d 918). Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.